**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

AVERY A. SWARMS,                )
                                )
          Plaintiff,            )
                                )
vs.                             )          Case No. 14-cv-01241-JPG-DGW
                                )
AARON LAY, *et al*.,            )
                                )
          Defendants.           )

**MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 61) of Magistrate Judge Donald G. Wilkerson with regard to Defendants Jake Etchison, Aaron Lay, Cody Meachum, and J.D. Vieregge's Motion (Doc. 49) for Summary Judgment.   There were no objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).   The Court must review *de novo* the portions of the report to which objections are made.   The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.*   "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.   The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.   Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 61) and **GRANTS** in part and **DENIES** in part Defendants Jake Etchison, Aaron Lay, Cody Meachum, and J.D. Vieregge's Motion (Doc. 49) for Summary Judgment.

Defendants Lay and Vieregge are **DISMISSED** without prejudice and this matter will proceed against Defendants Etchison and Meachum.  The Clerk of Court is **DIRECTED** to enter judgment accordingly at the conclusion of this matter.

**IT IS SO ORDERED.**

**DATED:**  12/14/2015

_s/J. Phil Gilbert_
**J. PHIL GILBERT**
**DISTRICT JUDGE**