IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AVERY A. SWARMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:14-cv-1241-JPG-DGW |
| v. ) | |
| ) | |
| JAKE ETCHISON and CODY MEACHUM, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is Plaintiff's Motion for Leave to Amend Complaint (Doc. 80). For the reasons set forth below, the Motion is **GRANTED**.

In his motion to amend, Plaintiff, who is now represented by counsel, seeks to clarify the allegations in his complaint as well as his claims against defendants Jake Etchison and Cody Meachum. Notably, Plaintiff does not seek to add any additional defendants or claims.

Federal Rule of Civil Procedure 15(a) provides that a party may amend a pleading and that leave to amend "shall be freely given when justice so requires." The Seventh Circuit maintains a liberal attitude toward the amendment of pleadings "so that cases may be decided on the merits and not on the basis of technicalities." *Stern v. U.S. Gypsum, Inc.*, 547 F.2d 1329, 1334 (7th Cir. 1977). This Circuit has recognized that, "the complaint merely serves to put the defendant on notice and is to be freely amended or constructively amended as the case develops, as long as amendments do not unfairly surprise or prejudice the defendant." *Toth v. USX Corp.*, 883 F.2d 1297, 1298 (7th Cir. 1989); *see also Winger v. Winger*, 82 F.3d 140, 144 (7th Cir. 1996) (quoting *Duckworth v. Franzen*, 780 F.2d 645, 649 (7th Cir. 1985)) ("The Federal Rules of Civil Procedure

create [a system] in which the complaint does not fix the plaintiff's rights but may be amended at any time to conform to the evidence."). A court may also deny a party leave to amend if there is undue delay, dilatory motive or futility. *Guise v. BMW Mortgage, LLC*, 377 F.3d 795, 801 (7th Cir. 2004).

The Court has reviewed Plaintiff's proposed amended complaint and finds that it is neither unduly delayed nor futile. Moreover, Plaintiff's motion was filed within the allowable timeframe (as the Court granted Plaintiff an extension of time to seek to amend him complaint) and no defendant has filed an objection to Plaintiff's motion despite being provided sufficient time to do so. Accordingly, Plaintiff's Motion for Leave to Amend Complaint (Doc. 80) is **GRANTED**. Plaintiff is **ORDERED** to file his proposed amended complaint as his First Amended Complaint by **December 2, 2016**.

**IT IS SO ORDERED.**

**DATED: November 30, 2016**

                **DONALD G. WILKERSON**
                **United States Magistrate Judge**